429 A.2d 79

Commonwealth v. Telthorster, Appellant.

Submitted November 16, 1979. Donald R. Marsh, for appellant; Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER, and CAVANAUGH, JJ.

Judgment of sentence affirmed.

429 A.2d 80

Commonwealth v. Trypus, Appellant.

Submitted April 16, 1980. M. Dan Mason, for appellant; Douglas Ferguson, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.